pd-0997-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/10/2015 11:17:40 PM
Accepted 9/14/2015 3:29:13 PM
ABEL ACOSTA
CLERK

PD-0997-15

# In the Court of Criminal Appeals of Texas

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

Juliane Myra Minor

v.

The State of Texas

## Second Motion to Extend Time to File Petition for Discretionary Review

Juliana Myra Minor moves, under Rule 68.2, to extend the time to file a petition for discretionary review (PDR).

On June 25, 2015, the Thirteenth Court of Appeals affirmed the judgment of the trial court in a memorandum opinion, under cause number 13-14-00161-CR, styled Juliane Myra Minor v. The State of Texas. No motion for rehearing was filed.

One previous extension to file a PDR has been granted. The current deadline is August 26, 2015.

Ms. Minor requests that the Court grant the motion and extend the time to file to September 10, 2015, the day the the petition for discretionary review was filed.

Counsel was retained late in the process for filing a PDR, and had to work quickly to familiarize himself with the case and file this PDR. Counsel also was completing the brief for Pete Rodriguez v. State, 01-15-00135-CR.

I served a copy of this motion on the State Prosecuting Attorney simultaneously with electronic filing.

Respectfully,

/s/ Franklin Bynum

| | |
|---|---|
| Bynum Law Office | Franklin Bynum |
| 2814 Hamilton Street | Texas Bar Number 24069451 |
| Houston, Texas 77004 | fgb@lawfgb.com |
| | (713) 343-8844 |